Dismissed and
Memorandum Opinion filed June 16, 2011.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00651-CV

____________

 

DEMETRIA JOHNSON-WEEKS, Appellant

 

V.

 

ROY LEE WEEKS, Appellee

 



On Appeal from the 387th District Court

 Fort Bend County, Texas

Trial Court Cause No. 08-DCV-165391

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed April 14, 2010.  The
clerk’s record was filed August 16, 2010.  The reporter’s record was filed
February 3, 2011.  No brief was filed.

            On April 28, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before May 31, 2011, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Chief Justice
Hedges, and Justices Seymore and Boyce.